IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:97-cr-00011-MP

EDWARD LAMONA JOHNSON, JR.,

    Defendant.
_____/

# O R D E R

      This matter is before the Court on Doc. 445, Motion to Dismiss Count I Based on Newly Discovered Evidence Pursuant to Fed. R. Crim. P. 33, filed by Defendant Edward Lamona Johnson, Jr.  Counts I and V, respectively, of the indictment charged the Defendant with conspiring to possess with intent to distribute and conspiring to distribute crack cocaine, and with knowingly and intentionally distributing crack cocaine.  Defendant was found guilty of both counts on July 12, 1997, after pleading not guilty.  Defendant requests the Court to vacate the judgment as to Count I based upon newly discovered evidence.  Rule 33 allows a court to vacate any judgment and grant a new trial if the interest of justice so requires.  However, if the motion is based upon newly discovered evidence, it "must be filed within 3 years afer the verdict or finding of guilty." FED. R. CRIM. P. 33(b)(1).  Because Defendant's motion was not filed within three years after the finding of guilt, it is untimely.  Accordingly, Defendant's Motion to Dismiss is DENIED.

      **DONE AND ORDERED** this   *21st* day of November, 2006

      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge